ACCEPTED
01-14-00133-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
6/10/2015 2:26:25 PM
CHRISTOPHER PRINE
CLERK

**No. 01-14-00133-CV**

_____

IN THE COURT OF APPEALS
FOR THE FIRST COURT OF APPEALS DISTRICT OF TEXAS
HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
6/10/2015 2:26:25 PM
CHRISTOPHER A. PRINE
Clerk

_____

**UNITED SERVICES AUTOMOBILE ASSOCIATION,**
*Appellant/Cross-Appellee*

v.

**JOSEPH HAYES, JR. AND JOANNE HAYES,**
*Appellees/Cross-Appellants*

_____

On Appeal from Cause No. 2009-63319
In the 165th Judicial District Court of Harris County, Texas

_____

**APPELLANT UNITED SERVICES
AUTOMOBILE ASSOCIATION'S REPLY TO RESPONSE TO ITS
MOTIONS FOR LEAVE TO FILE TWO-PAGE SUPPLEMENT TO ITS
APPELLANT'S BRIEF AND TO EXCEED WORD LIMIT BY 250 WORDS**

_____

Levon G. Hovnatanian
State Bar No. 10059825
*hovnatanian@mdjwlaw.com*
Christopher W. Martin
State Bar No. 13057620
*martin@mdjwlaw.com*
Kevin G. Cain
State Bar No. 24012371
*cain@mdjwlaw.com*
MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.
808 Travis, 20th Floor
Houston, Texas 77002
(713) 632-1700 – Telephone
(713) 222-0101 – Facsimile

**TO THE HONORABLE COURT OF APPEALS:**

Comes now the appellant/cross-appellee, United Services Automobile Association, and respectfully files this reply to the response to its motions for leave to file the two-page supplement to its appellant's brief and to exceed the word limit by 250 words.

Texas courts' "consistent policy has been to apply rules of procedure liberally to reach the merits of the appeal whenever possible." *Warwick Towers Council of Co–Owners v. Park Warwick, L.P.*, 244 S.W.3d 838, 839 (Tex. 2008); *accord Stumhoffer v. Perales*, 2015 WL 730592, at *3 (Tex. App.—Houston [1st Dist.] 2015, pet. filed). That is the reason that USAA filed its motions—to ensure that USAA has briefed the points at issue specifically in its capacity as an appellant.

The Hayes say that "the rules of appellate procedure do not allow an appellant to include in a reply brief a new issue in response to some matter pointed out in the appellee's brief but not raised in the appellant's opening brief" and "[a]n appellant is required to present all issues to be considered on appeal in appellant's brief." Response at 3. That is why USAA asked for leave to supplement specifically its opening brief as appellant—to ensure that USAA has briefed the points at issue in that particular brief.

USAA's supplement to its appellant's brief is two pages long. The Court has filed it, and the Hayes are of course free to respond to it.

USAA respectfully asks the Court to grant its motions.

Respectfully submitted,

MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.

By: */s/ Kevin G. Cain*
Levon G. Hovnatanian
State Bar No. 10059825
*hovnatanian@mdjwlaw.com*
Christopher W. Martin
State Bar No. 13057620
*martin@mdjwlaw.com*
Kevin G. Cain
State Bar No. 24012371
*cain@mdjwlaw.com*
808 Travis, 20th Floor
Houston, Texas 77002
(713) 632-1700 – Telephone
(713) 222-0101 – Facsimile

**ATTORNEYS FOR APPELLANT**
**UNITED SERVICES AUTOMOBILE**
**ASSOCIATION**

2

## CERTIFICATE OF COMPLIANCE

This is to certify that this computer-generated APPELLANT UNITED SERVICES AUTOMOBILE ASSOCIATION'S REPLY TO RESPONSE TO ITS MOTIONS FOR LEAVE TO FILE TWO-PAGE SUPPLEMENT TO ITS APPELLANT'S BRIEF AND TO EXCEED WORD LIMIT BY 250 WORDS contains 251 words.

/s/ Kevin G. Cain
Kevin G. Cain
Dated: June 10, 2015

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this APPELLANT UNITED SERVICES AUTOMOBILE ASSOCIATION'S REPLY TO RESPONSE TO ITS MOTIONS FOR LEAVE TO FILE TWO-PAGE SUPPLEMENT TO ITS APPELLANT'S BRIEF AND TO EXCEED WORD LIMIT BY 250 WORDS has been served on the following individuals on this, the 10th day of June, 2015, via electronic filing, with a courtesy copy sent via e-mail to Jennifer Bruch Hogan:

Jennifer Bruch Hogan
*jhogan@hoganfirm.com*
Richard P. Hogan, Jr.
*rhogan@hoganfirm.com*
HOGAN & HOGAN
909 Fannin, Suite 2700
Houston, Texas 77010

René M. Sigman
*rmsigman@mostynlaw.com*
THE MOSTYN LAW FIRM
3810 W. Alabama Street
Houston, Texas 77027

Randal Cashiola
*rcashiola@cashiolabeanlaw.com*
CASHIOLA & BEAN
2090 Broadway Street, Suite A
Beaumont, Texas 77701

/s/ Kevin G. Cain
Kevin G. Cain